No. 04–8825. PETRALIA v. OHIO. Ct. App. Ohio, Lake County. Certiorari denied.

No. 04–8827. BARRY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 04–8830. BURNS v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 04–8837. SCHMIDT v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 04–8867. HURLEY v. QWEST COMMUNICATIONS INC. EMPLOYEES ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–8878. GUTIERREZ v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–8892. DEOLEO v. MILLER, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–8912. BROWN v. CHESNEY, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT RETREAT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–8919. MILES v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 04–8935. JOHNSON v. WILBUR ET AL. Sup. Ct. Fla. Certiorari denied.

No. 04–8951. SMITH v. VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 04–8956. STALLINGS v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 04–8962. BURR v. HUFF ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–8970. SANDERS v. ROZNER. App. Ct. Ill., 1st Dist. Certiorari denied.